JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

See Addendum

Plaintiff,

07 CV 11178

Case No. _____

-v-

**Rule 7.1 Statement**

See Addendum

Defendant.

RECEIVED
DEC 12 2007
S.D.C.S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Travelers Property Casualty Company of America   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Please see Addendum

Date: 11/12/2007

Signature of Attorney

Attorney Bar Code: 5388

Addendum to Rule 7.1 Statement

Plaintiff:

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/s/o Ethical Culture Fieldston School and Ethical Culture Fieldston

Defendants:

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, JOHN CIVETTA & SONS, INC., AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA is an indirect wholly-owned subsidiary of the St. Paul Travelers Companies, Inc., a publicly traded company.**

- The Standard Fire Insurance Company
- The Travelers Indemnity Company or
- Travelers Casualty and Surety Company
- Farmington Casualty Company
- The Automobile Insurance Company of Hartford, Connecticut
- The Charter Oak Fire Insurance Company
- The Phoenix Insurance Company
- The Travelers Home and Marine Insurance Company
- The Travelers Indemnity Company of America
- The Travelers Indemnity Company of Connecticut
- Travelers Property Casualty Company of America (formerly known as the Travelers Indemnity Company of Illinois; name change effective 01/01/04)
- The Travelers Lloyds Insurance Company
- TravCo Insurance Company
- Travelers Casualty Insurance Company of America (formerly known as Travelers Casualty and Surety Company of Illinois; name change effective 01/01/04)
- Travelers Casualty Company of Connecticut
- Travelers Commercial Insurance Company
- Travelers Excess and Surplus Lines Company
- Travelers Lloyds of Texas Insurance Company

- Travelers Personal Security Insurance Company
- Travelers Property Casualty Insurance Company
- Travelers Personal Insurance Company (formerly known as Travelers Property Casualty Insurance Company of Illinois; name change effective 01/01/04)
- St. Paul Insurance Company
- USF&G Insurance Company
- St. Paul Fire and Marine Insurance Company
- St. Paul Mercury Insurance Company