PROVEST, LLC
P.O. Box 1180
Bay Shore, New York 11706
(631) 666-6168

SHEPS LAW GROUP
35 Pinelawn Drive
Melville, NY 11747

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

INDEX # 07-11178

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTONE,

Plaintiff,

Against

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL

Defendants,

AFFIDAVIT
OF SERVICE

STATE OF NY    COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Dec 28 2007 at 11:35AM at 21 Penn Plaza, New York, NY, 10001, deponent served the within SUMMONS & COMPLAINT bearing index # 07-11178, filed 12/12/2007 on **LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC.**, defendant therein named,

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to **Jessica Caroleo, Receptionist**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | WHITE | BLACK | 26 | 5'6" | 130 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12-31-07

LICENSE # 1009104
FILE # 6771
CASE ID # 756309

| | |
|---|---|
| COUNTY OF SOUTHERN DISTRICT OF NEW YORK COURT   # 93125 | UNITED STATES DISTRICT |

TRAVERLERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTON,

Plaintiff(s)

INDEX# 07 CV 11178
Date filed 12/12/2007

against

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL,

Defendant(s)

STATE OF NEW YORK          COUNTY OF ALBANY          756309

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on  12/21/2007 at 4:25 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., Defendant** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description     Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

*PAUL SANTSPREE JR.*
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

| | |
|---|---|
| PROVEST, LLC<br>P.O. Box 1180<br>Bay Shore, New York 11706<br>(631) 666-6168 | SHEPS LAW GROUP<br>35 Pinelawn Drive<br>Melville, NY 11747 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

INDEX # 07-11178

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTONE,

Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL
Defendants,

STATE OF NY   COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Dec 28 2007 at 10:38AM at 275 Seventh Avenue, New York, NY, 10001, deponent served the within SUMMONS & COMPLAINT bearing index # 07-11178, filed 12/12/2007 on **AMBROSINO, DEPINTO, & SCHMIEDER CONSULTING ENGINEERS, P.C.**, defendant therein named,

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to **Dawn Colletti, Receptionist**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | WHITE | BLONDE | 31 | 5'6" | 175 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12-31-07

LICENSE # 1009104
FILE # 6771
CASE ID # 756309

COUNTY OF SOUTHERN DISTRICT OF NEW YORK COURT    # 93102

UNITED STATES DISTRICT

TRAVERLERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTON,

Plaintiff(s)

against

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL,

Defendant(s)

INDEX# 07 CV 11178
Date filed 12/12/2007

STATE OF NEW YORK    COUNTY OF ALBANY    756309

# SECRETARY OF STATE - AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on 12/21/2007 at 4:25 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **AMBROSINO, DEPINTO & SCHMIEDER CONSULTING ENGINEERS, P.C.**, **Defendant** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description    Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

PAUL SANTSPREE JR.
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

6771

| PROVEST, LLC | SHEPS LAW GROUP |
|---|---|
| P.O. Box 1180 | 35 Pinelawn Drive |
| Bay Shore, New York 11706 | Melville, NY 11747 |
| (631) 666-6168 | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

INDEX # 07-11178

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTONE,

                        Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL

                        Defendants.

STATE OF NY    COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Dec 28 2007 at 11:53AM at 311 West 43rd Street, New York, NY, 10036, deponent served the within SUMMONS & COMPLAINT bearing index # 07-11178, filed 12/12/2007 on **COOPER, ROBERTSON & PARTNERS, LLP**, defendant therein named,

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to **Ralph Defaria, Director of Administration**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| M | BLACK | BLACK | 47 | 5'8" | 175 |

GLASSES

**USE IN NYC CIVIL CT.**
The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12-31-07

                                                  LICENSE # 1009104
                                                  FILE # 6771
                                                  CASE ID # 756309

| | |
|---|---|
| COUNTY OF SOUTHERN DISTRICT OF NEW YORK<br>COURT     # 93099 | UNITED STATES DISTRICT |

TRAVERLERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTON,

Plaintiff(s)

INDEX# 07 CV 11178
Date filed 12/12/2007

against

FISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL,

Defendant(s)

**ORIGINAL**

STATE OF NEW YORK     COUNTY OF ALBANY     756309

# SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/21/2007** at **4:25 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **COOPER, ROBERTSON & PARTNERS, LLP**, **Defendant** in this action.

by delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 121-1505 LLP

bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description     Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

*[signature]*
PAUL SANTSPREE JR.
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

*[signature]*
Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

| | |
|---|---|
| PROVEST, LLC<br>P.O. Box 1180<br>Bay Shore, New York 11706<br>(631) 666-6168 | SHEPS LAW GROUP<br>35 Pinelawn Drive<br>Melville, NY 11747 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

INDEX # 07-11178

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTONE,

        Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL

        Defendants.

STATE OF NY COUNTY OF SUFFOLK

Ben Cohen being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Dec 28 2007 at 12:12PM at 666 Fifth Avenue, New York, NY, 10103, deponent served the within SUMMONS & COMPLAINT bearing index # 07-11178, filed 12/12/2007 on **TISHMAN CONSTRUCTION CORPORATION OF NEW YORK**, defendant therein named,

**CORPORATION** [X]

A corporation, by delivering thereat a true copy of each to **Myrna Payne, Secretary**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | WHITE | GREY | 58 | 5'6" | 140 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE** [X]

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12-31-07

LICENSE # 1009104
FILE # 6771
CASE ID # 756309

| COUNTY OF SOUTHERN DISTRICT OF NEW YORK COURT   # 93098 | | UNITED STATES DISTRICT |
|---|---|---|
| TRAVERLERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTON, | | |
| against | Plaintiff(s) | INDEX# 07 CV 11178 Date filed 12/12/2007 |
| TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL, | | |
| | Defendant(s) | |
| STATE OF NEW YORK | COUNTY OF ALBANY | 756309 |



ORIGINAL

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on  12/21/2007 at 4:25 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **TISHMAN CONSTRUCTION CORPORATION OF NEW YORK**, **Defendant** in this action.

By delivering to and leaving with   **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description   Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

PAUL SANTSPREE JR.
Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

PROVEST, LLC
P.O. Box 1180
Bay Shore, New York 11706
(631) 666-6168

SHEPS LAW GROUP
35 Pinelawn Drive
Melville, NY 11747

6771

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 07-11178

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTONE,

Plaintiff,

Against

**AFFIDAVIT OF SERVICE**

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL

Defendants,

STATE OF NY    COUNTY OF SUFFOLK

Monica E Dopwell being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of NY.

That on Dec 20 2007 3:35PM at 1123 Bronx River Avenue, New York, NY, 10472, deponent served the within SUMMONS & COMPLAINT bearing index # 07-11178, filed 12/12/2007 on **JOHN CIVETTA & SONS INC.**, defendant therein named,

**CORPORATION**



A corporation, by delivering thereat a true copy of each to **DANIELLE THOMPSON, MANAGER**, personally; deponent knew said so served to be the corporation described as the named defendant and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follow:

| Sex | Skin Color | Hair Color | Age (Aprx) | Height (Aprx) | Weight (Aprx) |
|---|---|---|---|---|---|
| F | WHITE | BROWN | 35 | 5'7" | 150 |

**USE IN NYC CIVIL CT.**

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es)

**MILITARY SERVICE**

X

I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NY in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief I aver that the defendant is not in the military service of NY or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 12/20/07

Debra Ali
Notary Public, State of New York
No. 4956451
Qualified in Suffolk County
Commission Expires September 25, 2009

LICENSE # # 1240610
FILE # 6771
CASE ID # 756309

| COUNTY OF SOUTHERN DISTRICT OF NEW YORK COURT   # 93096 | UNITED STATES DISTRICT |

TRAVERLERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTON,

             Plaintiff(s)   INDEX# 07 CV 11178
    against            Date filed 12/12/2007

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL,
             Defendant(s)

STATE OF NEW YORK       COUNTY OF ALBANY   756309

# SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/21/2007** at **4:25 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **JOHN CIVETTA & SONS, INC., Defendant** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description   Description of the Recipient is as follows:

     A Male with White skin, Black hair, who is approximately 25 years of age
     and has an approximate height of 6' 1" and approximate weight of 190 pounds.

     Other identifying features are as follows: Glasses.

     PAUL SANTSPREE JR.
     Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

     Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

| | |
|---|---|
| COUNTY OF SOUTHERN DISTRICT OF NEW YORK COURT  # 93101 | UNITED STATES DISTRICT |

TRAVERLERS PROPERTY CASUALTY COMPANY OF AMERICA A/S/O ETHICAL CULTURE FIELDSTON SCHOOL AND ETHICAL CULTURE FIELDSTON,

　　　　　　　　　　　　　　　　　　　　Plaintiff(s)　　　INDEX#  07 CV 11178

　　　　　　against　　　　　　　　　　　　　　　　　　　Date filed 12/12/2007

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, ET AL,
　　　　　　　　　　　　　　　　　　　　Defendant(s)

ORIGINAL

STATE OF NEW YORK　　　　　　　COUNTY OF ALBANY　　　　756309

# SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

PAUL SANTSPREE JR. being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **12/21/2007** at **4:25 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE, COMPLAINT, and RULE 7.1 STATEMENT**

on **MUNOZ ENGINEERING & LAND SURVEYING, P.C., Defendant** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description　　　Description of the Recipient is as follows:

　　　A Male with White skin, Black hair, who is approximately 25 years of age
　　　and has an approximate height of 6' 1" and approximate weight of 190 pounds.

　　　Other identifying features are as follows: Glasses.

　　　　　　_____
　　　　　　PAUL SANTSPREE JR.
　　　　　　Process Server

State of New York
County of Albany

Sworn to before me on this 21st day of December, 2007

_____
Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010