UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical
Culture Fieldston School and Ethical
Culture Fieldston,

Case No. 07 CV 11178

             Plaintiff,

**RULE 7.1 STATEMENT**

-against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS,
INC., AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

             Defendants.
----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cooper Robertson & Partners, LLP ( a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                            NONE

Date: January 7, 2008

                            Signature of Attorney
                            Marc S. Krieg, Esq.
                            Attorney for Defendant COOPER,
                            ROBERTSON & PARTNERS, LLP

                            Attorney Bar Code: MSK(3745)

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK )

Joan Treubig, being duly sworn, deposes and says that I am not a party to this action; that I am over eighteen (18) years of age; that I reside at 20 Saratoga Street, Commack, New York; that on the _12_ day of January 2008, I served the within Rule 7.1 Statement upon:

Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
35 Pinelawn Road, Suite 106E
Melville, NY 11746

TISHMAN CONSTRUCTION CORP.
 OF NEW YORK
666 Fifth Avenue
New York, NY 10103

JOHN CIVETTA & SONS, INC.
1123 Bronx River Avenue
New York, NY 10472

MUNOZ ENGINEERING &
 LAND SURVEYING, P.C.
234 Fifth Avenue, 3rd Floor
New York, NY 10001

AMBROSINO, DEPINTO &
 SCHMIEDER CONSULTING ENGINEERS, P.C.
275 Seventh Avenue
New York, NY 10001-6787

LANGAN ENGINEERING AND
 ENVIRONMENTAL SERVICES, INC.
32 Penn Plaza
360 West 31st Street, 8th Floor
New York, NY 10001-2727

the address designated by the said attorneys for that purpose by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Joan Treubig

Sworn to before me this
_12_ day of January, 2008

_____

MARC KRIEG
Notary Public, State of New York
No. [illegible], Suffolk County
Term Expires [illegible]

12/31/10