UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                                                        07CV11178

                            Plaintiffs,

            - against -                                 **STIPULATION**

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                            Defendants.
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel

for the respective parties, that the time for Defendant, JOHN CIVETTA & SONS, INC., to answer or

otherwise respond to the complaint of the Plaintiff, dated November 1, 2007, is extended to February 22,

2008.

**DATED:**       New York, New York
                January 18, 2008


TRAVELERS PROPERTY                      JOHN CIVETTA & SONS, INC.
CASUALTY COMPANY
OF AMERICA a/s/o Ethical
Culture Fieldston School
and Ethical Culture Fieldston

**Robert**   Digitally signed by Robert
              Sheps
              DN: cn=Robert Sheps, c=US,
**Sheps**     email=rsheps@shepslaw.
              com
              Date: 2008.01.18 17:49:42
              -05'00'
By: Robert C. Sheps, Esq.             By: Patrick J. Corbett, Esq.
35 Pinelawn Road                      RUBIN, FIORELLA & FRIEDMAN  LLP
Melville, NY 11747                    Attorneys for Defendant JOHN CIVETTA
631-2495600                            & SONS, INC.
                                      292 Madison Avenue, 11th Floor
                                      New York, New York  10017
                                      (212) 953-2381