USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/24/08_

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                                        Plaintiffs,                    07CV11178

        - against -                                                    **STIPULATION**
TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                                        Defendants.
-------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel

for the respective parties, that the time for Defendant, JOHN CIVETTA & SONS, INC., to answer or

otherwise respond to the complaint of the Plaintiff, dated November 1, 2007, is extended to February 22,

2008.

**DATED:**        New York, New York
                 January 18, 2008


TRAVELERS PROPERTY                          JOHN CIVETTA & SONS, INC.
CASUALTY COMPANY
OF AMERICA a/s/o Ethical
Culture Fieldston School
and Ethical Culture Fieldston

**Robert**   Digitally signed by Robert
             Sheps
             DN: cn=Robert Sheps, c=US,
             email=rsheps@shepslaw.
**Sheps**    com
             Date: 2008.01.18 17:49:42
             -05'00'
By: Robert C. Sheps, Esq.                   By: Patrick J. Corbett, Esq.
35 Pinelawn Road                            RUBIN, FIORELLA & FRIEDMAN  LLP
Melville, NY 11747                          Attorneys for Defendant JOHN CIVETTA
631-2495600                                 & SONS, INC.
                                            292 Madison Avenue, 11th Floor
                                            New York, New York   10017
                                            (212) 953-2381

                SO ORDERED 1/24/08


                SIDNEY H. STEIN
                   U.S.D.J.