UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                        Plaintiffs,

   - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                        Defendants.
-------------------------------------------------------X

07CV11178

<u>7.1 Rule</u>

      Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JOHN CIVETTA & SONS, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

                        NONE

Date:   January 29, 2008

_____
Signature of Attorney

Attorney Bar Code: 2076

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

**CHERYL ZALTSMAN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

That on the 29 th day of January, 2008, deponent served the within **7.1 Rule** via Regular Mail upon:

Sheps Law Group, P.C.
Attn: Robert C. Sheps
Attorney for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, New York 11747

Tishman Construction Corporation Of New York
666 Fifth Avenue
New York, New York 10103

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys For
Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, NY 11746
(631) 499-8406

Munoz Engineering & Land Surveying, P.C.
234 Fifth Avenue
Third Floor
New York, NY 10001

Ambrosino, Depinto & Schmieder Consulting Engineers, P.C.
275 Seventh Avenue
New York, NY 10001-6787

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, NY 10001-2727

in this action at the address designated by said attorneys for that purpose by depositing same enclosed in a post-paid properly addressed wrapper, in an office depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Cheryl Zaltsman

Sworn to before me this
29th day of January, 2008

_____
Notary Public

PATRICK J. CORBETT
Notary Public, State of New York
Reg. No. 02CO6118029
Qualified in Westchester County
My Commission Expires November 1, 20__

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                          Plaintiffs,

    - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                          Defendants.
-------------------------------------------------------------X

**07CV11178**

**7.1 Rule**

## 7.1 RULE

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Defendant*
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Our File No. 587-10174

_____
                         Attorney(s) for

To:
Attorney(s) for
Service of a copy of the within is hereby admitted.
Dated:

**PLEASE TAKE NOTICE**
    **Notice of Entry**
        that the within is a (certified) true copy of a _____ duly entered in the Office of the Clerk
        of the within named Court on _____, 2002.
    **Notice of Settlement**
        that an order of which the within is a true copy, will be presented for settlement to the
        HON. _____, one of the judges of the within named Court, on _____
        2007 at ____ .m.

                                        Yours, etc.,

Dated:
                         To:

                         Attorney(s) for