USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ehtical Culture Fieldston,

              Plaintiff,

-against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

              Defendants.
-------------------------------------------------------X

07 CV 11178 (SHS)(EDF)

ECF Case

**STIPULATION EXTENDING
TIME TO RESPOND TO
COMPLAINT**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, counsel for the respective parties as indicated, that the time for defendant Ambrosino, Depinto & Schmieder Consulting Engineers, P.C., sued herein as Ambrosino, Depinto, Schmieder Consulting Engineers, P.C., to respond to the Complaint is extended through and including February 22, 2008.

Dated: White Plains, New York
       January 23, 2008

SHEPS LAW GROUP, P.C.

By: _Robert Sheps_
    Robert C. Sheps
Digitally signed by Robert Sheps
DN: cn=Robert Sheps, c=US, email=rsheps@shepslaw.com
Date: 2008.01.23 12:44:40 -05'00'
Attorney for Plaintiff
   Travelers Property Casualty
   Company of America
36 Pine Lawn Road, Suite 106E
Melville, New York 11747
(631) 249-5600

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: _____
Thomas H. Kukowski (TK-1749)
Leonardo D'Alessandro (LD-0688)
Attorneys for Defendant
   Ambrosino, DePinto & Schmieder
   Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
(914) 681-8700

SO ORDERED 2/4/08

_____
SIDNEY H. STEIN
    U.S.D.J.