Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical
Culture Fieldston School and Ethical Culture
Fieldston,

                       Plaintiff,

    - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

                       Defendants.
-----------------------------------------------------------------X

**Rule 7.1 Statement**
07-cv-11178

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: NONE.

Dated: New York, New York
       February 7, 2008

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant

*/s/ William R. Bennett, III*

William R. Bennett, III   (WRB 1328)
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120

**TO:**   Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, New York 11747
Telephone:   (631) 249-5600
Your File No.: 6771

John Civetta & Sons, Inc.
1123 Bronx River Avenue
New York, New York 10472

Cooper, Robertson & Partners, LLP
311 West 43rd Street
New York, New York 10036

Munoz Engineering & Land Surveying, P.C.
234 Fifth Avenue, 3rd Floor
New York, New York 10001

Ambrosino, Depinto & Schmieder Consulting Engineers, P.C.
275 Seventh Avenue
New York, New York 10001-6787

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, New York 10001-2727

## CERTIFICATE OF SERVICE

I, WILLIAM R. BENNETT, III, an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certify that on February 7, 2008, I personally caused a copy of the foregoing RULE 7.1 STATEMENT to be served on the following defendants via ECF:

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, New York 11747
Telephone:    (631) 249-5600
Your File No.: 6771

John Civetta & Sons, Inc.
1123 Bronx River Avenue
New York, New York 10472

Cooper, Robertson & Partners, LLP
311 West 43rd Street
New York, New York 10036

Munoz Engineering & Land Surveying, P.C.
234 Fifth Avenue, 3rd Floor
New York, New York 10001

Ambrosino, Depinto & Schmieder Consulting Engineers, P.C.
275 Seventh Avenue
New York, New York 10001-6787

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, New York 10001-2727

*William R. Bennett* (signature)

William R. Bennett, III

Z:\Documents\All Files\D767 Fieldston School\Pleadings\CERTIFICATE OF SERVICE-ReRule7.1Stmt-020708.doc