UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | : | 07 Civ. 11178 (SHS) |
| | : | |
| Plaintiff, | : | |
| -against- | : | ORDER |
| | : | |
| TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, *ET AL.*, | : | |
| Defendants. | : | |

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08
```

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    Plaintiff has until February 18, 2008 to serve and file an amended complaint;

    2.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) are due on or before February 22, 2008;

    3.    There will be a mid discovery status conference on April 25, 2008, at 10:00 a.m.; and

    4.    The last day for completion of fact discovery is June 6, 2008.

Dated: New York, New York
       February 8, 2008

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.