UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston

                                Plaintiff,

        -against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                                Defendants.
------------------------------------------------------------------X

Case No.: 07 CV 11178

**RULE 7.1 DISCLOSURE STATEMENT**

Judge Assigned:
Stein, J.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for the private (non-governmental) party herein certifies that the corporate defendant is not publicly held and has no corporate parents, subsidiaries, or affiliates that are publicly held.

Dated: Valhalla, New York
       February 19, 2008

                                      Respectfully submitted,

                                      KAUFMAN BORGEEST & RYAN LLP
                                      By: Stephanie B. Gitnik, Esq. (SG3977)
                                      Michael P. Mezzacappa (MM 0757)
                                      Attorneys for Defendant
                                      **MUNOZ ENGINEERING & LAND SURVEYING, P.C.**
                                      200 Summit Lake Drive, First Floor
                                      Valhalla, New York 10595
                                      (914) 741-6100

Our File No.: 726.006

TO:    Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
35 Pinelawn Raod, Suite 106E
Melville, New York 11746

Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
212-953-2381
File: 587-10174

Mark S. Krieg, Esq.
KRIEG ASSOCIATES, P.C.
Attorneys for Cooper, Roberson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Attorneys for Ambrosino, DePinto & Schmieder
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
646-328-0120

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, New York 10001-2727

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston

Case No.: 07 CV 11178

**NOTICE TO TAKE
DEPOSITION**

                                Plaintiff,

Judge Assigned:
Stein, J.

      -against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                                Defendants.
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant MUNOZ ENGINEERING & LAND SURVEYING, P.C. will take the deposition upon oral examination of LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC, before a Notary Public or some other officer duly authorized to administer oaths, to be recorded stenographically, on April 14, 2008 at the offices of KAUFMAN BORGEEST & RYAN LLP, 99 Park Avenue, New York, New York 10016, commencing at 10:00 a.m. and continuing from day to day until completion.

Dated: Valhalla, New York
       February 19, 2008

Respectfully submitted,

_____
KAUFMAN BORGEEST & RYAN LLP
By: Stephanie B. Gitnik, Esq. (SG3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
**MUNOZ ENGINEERING & LAND
SURVEYING, P.C.**
200 Summit Lake Drive, First Floor
Valhalla, New York 10595

(914) 741-6100
Our File No.: 726.006

TO: Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
35 Pinelawn Raod, Suite 106E
Melville, New York 11746

Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
212-953-2381
File: 587-10174

Mark S. Krieg, Esq.
KRIEG ASSOCIATES, P.C.
Attorneys for Cooper, Roberson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Attorneys for Ambrosino, DePinto & Schmieder
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
646-328-0120

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, New York 10001-2727