UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                    Plaintiffs,

      - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                    Defendants.
-----------------------------------------------------------------X

07CV11178

**ANSWER TO**
**CROSS-CLAIMS**

DEFENDANT, JOHN CIVETTA & SONS, INC., ("CIVETTA") by and through its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for its answer to the cross-claims of Co-Defendant Tishman Construction Company of New York, dated February 6, 2008, upon information and belief, as follows:

## ANSWERING THE FIRST CROSS-CLAIM

1.     Denies each and every allegation contained in the paragraph of the cross-claim designated "10", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

2.     Denies each and every allegation contained in the paragraph of the cross-claim

designated "11", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

## ANSWERING THE SECOND CROSS-CLAIM

3.  Denies each and every allegation contained in the paragraph of the cross-claim designated "12", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

4.  Denies each and every allegation contained in the paragraph of the cross-claim designated "13", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

## ANSWERING THE THIRD CROSS-CLAIM

5.  Denies each and every allegation contained in the paragraph of the cross-claim designated "14", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

6.  Denies each and every allegation contained in the paragraph of the cross-claim designated "15", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

## ANSWERING THE FOURTH CROSS-CLAIM

7. Denies each and every allegation contained in the paragraph of the cross-claim designated "16", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

8. Denies each and every allegation contained in the paragraph of the cross-claim designated "17", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

9. Denies each and every allegation contained in the paragraph of the cross-claim designated "18", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

WHEREFORE, JOHN CIVETTA & SONS, INC., demands judgment dismissing the complaint herein as against it and further demand that the ultimate rights of this defendant and the co-defendants TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., as between themselves, be determined, and that JOHN CIVETTA & SONS, INC., have judgment against these co-defendants for all, or that portion of any verdict or judgment which may be obtained herein by the plaintiff against this answering defendant to the extent that the

responsibility of the co-defendants contributed to plaintiff's loss, together with the costs and disbursements of this action.

Dated: New York, New York
February 21, 2008

Yours truly,

RUBIN FIORELLA & FRIEDMAN, LLP,

By: Patrick J. Corbett Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys For John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381
Our File No.: 587-10174

To:

Kaufman Borgeest & Ryan LLP
Stephanie B. Gitnik, Esq. (SG 3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
MUNOZ ENGINEERING & LAND SURVEYING, P.C.
200 Summit Lake Drive, First Floor
Valhalla, NY 10595
914-741-6100
File No.: 726.006

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
35 Pinelawn Road, Suite 106E
Melville, NY 11746

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for COOPER, ROBERSON & PARTNERS, LLP

4

5 Heather Court
Dix Hills, NY 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Milber Makris Plousadis & Seiden, LLP
Attorneys for AMBROSINO, DEPINTO &
SCHMIEDER CONSULTING ENGINEERS, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
914-681-8700

William Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK
494 Eighth Avenue, 7th Floor
New York, NY 10001
646-328-0120

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, NY 10001-2727

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

**CHERYL ZALTSMAN**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Brooklyn, New York.

That on the 21st day of February, 2008, deponent served the within **ANSWER TO CROSS-CLAIMS** via Regular Mail upon:

Kaufman Borgeest & Ryan LLP
Stephanie B. Gitnik, Esq. (SG 3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
MUNOZ ENGINEERING & LAND
SURVEYING, P.C.
200 Summit Lake Drive, First Floor
Valhalla, NY 10595
914-741-6100
File No.: 726.006

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
35 Pinelawn Road, Suite 106E
Melville, NY 11746

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attornets for COOPER,
ROBERSON & PARTNERS, LLP
5 Heather Court
Dix Hills, NY 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Milber Makris Plousadis & Seiden, LLP
Attorneys for AMBROSINO, DEPINTO &
SCHMIEDER CONSULTING ENGINEERS, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
914-681-8700

William Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK
494 Eighth Avenue, 7th Floor
New York, NY 10001
646-328-0120

Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, NY 10001-2727

in this action at the address designated by said attorneys for that purpose by depositing same

enclosed in a post-paid properly addressed wrapper, in an office depository under the exclusive

care and custody of the United States Postal Service within the State of New York.

_____
Cheryl Zaltsman

Sworn to before me this
21st day of February, 2008

_____
Notary Public

PATRICK J. CORBETT
Notary Public, State of New York
Reg. No. 02CO6118029
Qualified in Westchester County
My Commission Expires Nov...

7

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                          Plaintiffs,

   - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                          Defendants.
-------------------------------------------------------------X

07CV11178

## ANSWER TO CROSS-CLAIMS

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Defendant*
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381
Our File No. 587-10174

To:

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated:

                                                                                       Attorney(s) for

**PLEASE TAKE NOTICE**

   **Notice of Entry**
     that the within is a (certified) true copy of a
   of the within named Court on                , 2002.

   **Notice of Settlement**
     that an order of which the within is a true copy, will be presented for settlement to the
   HON.         , one of the judges of the within named Court,         on
   2007 at     .m.

duly entered in the Office of the Clerk

Dated:                                                Yours, etc.,

**RUBIN, FIORELLA & FRIEDMAN LLP**
*Attorneys for Defendant/Third-Party Plaintiff*
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

To:

Attorney(s) for