**FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/s/o Ethical Culture Fieldston School and Ethical Culture Fieldston, | Case No. 07 CV 11178 (SHS) <br><br> ECF Case |
| Plaintiff, | **RULE 7.1 STATEMENT OF DEFENDANT AMBROSINO, DEPINTO & SCHMIEDER CONSULTING ENGINEERS, P.C.** |
| -against- | |
| TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, JOHN CIVETTA & SONS, INC., AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., | |
| Defendants. | |

-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for defendant Ambrosino, DePinto & Schmieder Consulting Engineers, P.C., sued herein as Ambrosino, DePinto, Schmieder Consulting Engineers, P.C. ("ADS"), hereby certify that ADS is a professional corporation organized and existing under the laws of the State of New York and that no publicly held corporation owns ten percent or more of ADS's stock.

Dated: White Plains, New York
      March 7, 2008

- 2 -

                                 **MILBER MAKRIS PLOUSADIS
                                    & SEIDEN, LLP**

By:  s/ Leonardo D'Alessandro
      Thomas H. Kukowski (TK-1749)
      Leonardo D'Alessandro (LD-0648)
      Attorneys for Defendant
        Ambrosino, DePinto & Schmieder
        Consulting Engineers, P.C.
      3 Barker Avenue, 6th Floor
      White Plains, New York 10601
      (914) 681-8700

TO:  **SHEPS LAW GROUP, P.C.**
      Attorneys for Plaintiff
      36 Pine Lawn Road, Suite 106E
      Melville, New York 11747
      (631) 249-5600

      **KRIEG ASSOCIATES, P.C.**
      Attorneys for Defendant
        Cooper, Robertson & Partners, LLP
      5 Heather Court
      Dix Hills, New York 11746
      (631) 499-8409

      **RUBIN, FIORELLA & FRIEDMAN, LLP**
      Attorneys for Defendant
        John Civetta & Sons, Inc.
      292 Madison Avenue, 11th Floor
      New York, New York 10017
      (212) 953-2381

      **KAUFMAN BORGEEST & RYAN LLP**
      Attorneys for Defendant
        Munoz Engineering & Land Surveying, P.C..
      200 Summit Lake Drive, First Floor
      Valhalla, New York 10595
      (914) 741-6100

**BENNETT, GIULIANO, McDONNELL
  & PERRONE, LLP**
Attorneys for Defendant
  Tishman Construction Corporation of
  New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
(646) 328-0120

**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
Attorneys for Defendant
  Langan Engineering & Environmental Services, Inc.
125 Broad Street 39th Floor
New York, New York 10004-2400
(212) 422-0202