**FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY            Case No. 07 CV 11178 (SHS)
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston,    ECF Case

                Plaintiff,            **ANSWER TO MUNOZ'S**
                                                  **CROSS-CLAIMS**

    -against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

                Defendants.
------------------------------------------------------------------X

      Defendant Ambrosino, Depinto & Schmieder Consulting Engineers, P.C., sued herein as Ambrosino, DePinto, Schmieder Consulting Engineers, P.C. ("ADS"), by its attorneys Milber Makris Plousadis & Seiden, LLP, as and for its answer to defendant Munoz Engineering & Land Surveying, P.C.'s ("Munoz") Answer to Complaint dated February 19, 2008, states as follows**:**

      1.    Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties in the cross-claims, and refers all questions of law to this Honorable Court.

      **WHEREFORE**, based on the foregoing, ADS demands judgment against defendant Munoz dismissing its cross-claims and for other and further relief the Court may deem just and proper.

Dated:  White Plains, New York
          March 7, 2008

                                          **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By: s/ Leonardo D'Alessandro
     Thomas H. Kukowski (TK-1749)
     Leonardo D'Alessandro (LD-0688)
     Attorneys for Defendant
       Ambrosino, DePinto & Schmieder
       Consulting Engineers, P.C.
     3 Barker Avenue, 6th Floor
     White Plains, New York 10601
     (914) 681-8700

TO: **SHEPS LAW GROUP, P.C.**
     Attorneys for Plaintiff
     36 Pine Lawn Road, Suite 106E
     Melville, New York 11747
     (631) 249-5600

     **KRIEG ASSOCIATES, P.C.**
     Attorneys for Defendant
       Cooper, Robertson & Partners, LLP
     5 Heather Court
     Dix Hills, New York 11746
     (631) 499-8409

     **RUBIN, FIORELLA & FRIEDMAN, LLP**
     Attorneys for Defendant
       John Civetta & Sons, Inc.
     292 Madison Avenue, 11th Floor
     New York, New York 10017
     (212) 953-2381

     **KAUFMAN BORGEEST & RYAN LLP**
     Attorneys for Defendant
       Munoz Engineering & Land Surveying, P.C..
     200 Summit Lake Drive, First Floor
     Valhalla, New York 10595
     (914) 741-6100

**BENNETT, GIULIANO, McDONNELL
 & PERRONE, LLP**
Attorneys for Defendant
  Tishman Construction Corporation of
  New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
(646) 328-0120

**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
Attorneys for Defendant
  Langan Engineering & Environmental Services, Inc.
125 Broad Street 39th Floor
New York, New York 10004-2400
(212) 422-0202