**FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY            Case No. 07 CV 11178 (SHS)
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston,    ECF Case

           Plaintiff,            **ANSWER TO TISHMAN'S
                                                 CROSS-CLAIMS**

   -against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

           Defendants.
-----------------------------------------------------------------X

       Defendant Ambrosino, DePinto & Schmieder Consulting Engineers, P.C., sued herein as Ambrosino, DePinto, Schmieder Consulting Engineers, P.C. ("ADS"), by its attorneys Milber Makris Plousadis & Seiden, LLP, as and for its answer to defendant Tishman Construction Corporation of New York's ("Tishman") Answer of Defendant Tishman Construction Corporation of New York dated February 6, 2008, states as follows:

        **ANSWERING A FIRST CROSS-CLAIM AGAINST CO-DEFENDANTS**

       1.    Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 10 the cross-claim, and refers all questions of law to this Honorable Court.

       2.    Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the

- 2 -

remaining parties contained in paragraph 11 the cross-claim, and refers all questions of law to this Honorable Court.

### ANSWERING A SECOND CROSS-CLAIM AGAINST CO-DEFENDANTS

3.  Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 12 the cross-claim, and refers all questions of law to this Honorable Court.

4.  Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 13 the cross-claim, and refers all questions of law to this Honorable Court.

### ANSWERING A THIRD CROSS-CLAIM AGAINST CO-DEFENDANTS

5.  Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 14 the cross-claim, and refers all questions of law to this Honorable Court.

6.  Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 15 the cross-claim, and refers all questions of law to this Honorable Court.

### ANSWERING A FOURTH CROSS-CLAIM AGAINST CO-DEFENDANTS

7.  Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the

remaining parties contained in paragraph 16 the cross-claim, and refers all questions of law to this Honorable Court.

7. Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 17 the cross-claim, and refers all questions of law to this Honorable Court.

8. Denies each and every allegation as to the liability of ADS, denies having knowledge or information sufficient to form a belief as to the truth of the allegations as to the remaining parties contained in paragraph 18 the cross-claim, and refers all questions of law to this Honorable Court.

**WHEREFORE**, based on the foregoing, ADS demands judgment against defendant Tishman dismissing its cross-claims and for other and further relief the Court may deem just and proper.

Dated: White Plains, New York
       March 7, 2008

                    **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

By:  s/ Leonardo D'Alessandro
      Thomas H. Kukowski (TK-1749)
      Leonardo D'Alessandro (LD-0688)
      Attorneys for Defendant
        Ambrosino, DePinto & Schmieder
        Consulting Engineers, P.C.
      3 Barker Avenue, 6th Floor
      White Plains, New York 10601
      (914) 681-8700

TO: **SHEPS LAW GROUP, P.C.**
Attorneys for Plaintiff
36 Pine Lawn Road, Suite 106E
Melville, New York 11747
(631) 249-5600

**KRIEG ASSOCIATES, P.C.**
Attorneys for Defendant
  Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
(631) 499-8409

**RUBIN, FIORELLA & FRIEDMAN, LLP**
Attorneys for Defendant
  John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

**KAUFMAN BORGEEST & RYAN LLP**
Attorneys for Defendant
  Munoz Engineering & Land Surveying, P.C..
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
(914) 741-6100

**BENNETT, GIULIANO, McDONNELL
  & PERRONE, LLP**
Attorneys for Defendant
  Tishman Construction Corporation of
  New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
(646) 328-0120

**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**
Attorneys for Defendant
  Langan Engineering & Environmental Services, Inc.
125 Broad Street 39th Floor
New York, New York 10004-2400
(212) 422-0202