UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/s/o Ethical Culture Fieldston School and Ethical Culture Fieldston | Case No.: 07 CV 11178 <br><br> **ANSWER TO AMBROSINO'S** <br> **CROSS-CLAIMS** |
| Plaintiff, | Judge Assigned: <br> Stein, J. |
| -against- | |
| TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, JOHN CIVETTA & SONS, INC., AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC. | |
| Defendants. | |

------------------------------------------------------------------X

Defendant MUNOZ ENGINEERING & LAND SURVEYING, P.C., by its attorneys KAUFMAN BORGEEST & RYAN LLP, as and for its Answer to co-defendant Ambrosino, DePinto, Schmeider Consulting Engineers, Inc.'s cross-claims contained within its Answer to Amended Complaint dated March 7, 2008, states upon information and belief as follows:

### AS AND FOR AN ANSWER TO AMBROSINO'S FIRST CROSS-CLAIM

FIRST. In answering paragraph 46 of the pleading constituting the First Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 46 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

## AS AND FOR AN ANSWER TO AMBROSINO'S SECOND CROSS-CLAIM

**SECOND.** In answering paragraph 47 of the pleading constituting the Second Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 47 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

**WHEREFORE,** answering defendant hereby demands judgment dismissing Defendant AMBROSINO's Cross-Claims herein together with the costs, attorney's fees and such other and further relief as this Court may deem appropriate.

Dated: Valhalla, New York
March 10, 2008

Respectfully submitted,

_____
KAUFMAN BORGEEST & RYAN LLP
By: Stephanie B. Gitnik, Esq. (SG3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
**MUNOZ ENGINEERING & LAND SURVEYING, P.C.**
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
(914) 741-6100
Our File No.: 726.006

TO: Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
35 Pinelawn Raod, Suite 106E
Melville, New York 11746

Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
212-953-2381
File: 587-10174

Mark S. Krieg, Esq.
KRIEG ASSOCIATES, P.C.
Attorneys for Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
Attorneys for Ambrosino, DePinto & Schmieder
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
646-328-0120

Lawrence Klein (LK-2875)
J. Gregory Lahr (JL-9969)
Gilbert Lee (GL-4010)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Langan Engineering and Environmental Services Inc.
125 Broad Street, 39th Floor
New York, New York 10004-2400
212-422-0202

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing Answer to Ambrosino's Cross-Claims upon following counsel, by placing same in the United States Mail, on this 10th day of March, 2008 and by filing the same electronically with the Court's ECF System:

To:    Robert C. Sheps, Esq.
        SHEPS LAW GROUP, P.C.
        35 Pinelawn Raod, Suite 106E
        Melville, New York 11746

        Patrick J. Corbett, Esq.
        RUBIN, FIORELLA & FRIEDMAN LLP
        Attorneys for John Civetta & Sons, Inc.
        292 Madison Avenue, 11th Floor
        New York, New York 10017
        212-953-2381
        File: 587-10174

        Mark S. Krieg, Esq.
        KRIEG ASSOCIATES, P.C.
        Attorneys for Cooper, Roberson & Partners, LLP
        5 Heather Court
        Dix Hills, New York 11746
        631-499-8406

        Thomas H. Kukowski, Esq. (TK-1749)
        Leonardo D'Allessandro (LD-0688)
        Attorneys for Ambrosino, DePinto & Schmieder
        Consulting Engineers, P.C.
        3 Barker Avenue, 6th Floor
        White Plains, New York 10601
        914-681-8700

        William Bennett, III, Esq.
        BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
        Attorneys for Tishman Construction Corporation of New York
        494 Eighth Avenue, 7th Floor
        New York, New York 10001
        646-328-0120

        Lawrence Klein (LK-2875)
        J. Gregory Lahr (JL-9969)
        Gilbert Lee (GL-4010)
        SEDGWICK, DETERT, MORAN & ARNOLD, LLP
        Attorneys for Langan Engineering and Environmental Services Inc.
        125 Broad Street, 39th Floor
        New York, New York 10004-2400
        212-422-0202

2

      I certify that the foregoing statements made by me are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.


Dated: Valhalla, New York
       March 10, 2008

                                                      _____
                                                      Stephanie B. Gitnik, Esq.