UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY　　　　　　　　　Case No.: 07 CV 11178
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston　　　**ANSWER TO TISHMAN'S**
　　　　　　　　　　　　　　　　　　　　　　　　　　**CROSS-CLAIMS**

　　　　　　　　　Plaintiff,　　　　　　　　　Judge Assigned:
　　　　　　　　　　　　　　　　　　　　　　　Stein, J.
　　-against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　Defendant MUNOZ ENGINEERING & LAND SURVEYING, P.C., by its attorneys KAUFMAN BORGEEST & RYAN LLP, as and for its Answer to co-defendant TISHMAN CONSTRUCTION CORPORATION OF NEW YORK.'s cross-claims contained within its Answer to Amended Complaint dated March 7, 2008, states upon information and belief as follows:

### AS AND FOR AN ANSWER TO TISHMAN'S FIRST CROSS-CLAIM

　　　FIRST.　　In answering paragraph 10 of the pleading constituting the First Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 10 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

SECOND.   In answering paragraph 11 of the pleading constituting the First Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 11 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

### AS AND FOR AN ANSWER TO TISHMAN'S SECOND CROSS-CLAIM

THIRD.   In answering paragraph 12 of the pleading constituting the Second Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 12 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

FOURTH.   In answering paragraph 13 of the pleading constituting the Second Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 13 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

### AS AND FOR AN ANSWER TO TISHMAN'S THIRD CROSS-CLAIM

FIFTH.   In answering paragraph 14 of the pleading constituting the Third Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 14 of the pleading constituting the Cross-Claim and refers to the terms and conditions of any contracts or agreements between the parties and respectfully refers all questions of law to the Court.

SIXTH.   In answering paragraph 15 of the pleading constituting the Third Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 15 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

## AS AND FOR AN ANSWER TO TISHMAN'S FOURTH CROSS-CLAIM

SEVENTH.   In answering paragraph 16 of the pleading constituting the Fourth Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 16 of the pleading constituting the Cross-Claim and refers to the terms and conditions of any contracts or agreements between the parties and respectfully refers all questions of law to the Court.

EIGHTH.   In answering paragraph 17 of the pleading constituting the Fourth Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 17 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

NINTH.   In answering paragraph 18 of the pleading constituting the Fourth Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in paragraph 18 of the pleading constituting the Cross-Claim and respectfully refers all questions of law to the Court.

**WHEREFORE,** answering defendant hereby demands judgment dismissing Defendant TISHMAN's Cross-Claims herein together with the costs, attorney's fees and such other and further relief as this Court may deem appropriate.

Dated: Valhalla, New York
     March 10, 2008

Respectfully submitted,

*[signature]*

KAUFMAN BORGEEST & RYAN LLP
By: Stephanie B. Gitnik, Esq. (SG3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
**MUNOZ ENGINEERING & LAND SURVEYING, P.C.**
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
(914) 741-6100
Our File No.: 726.006

TO:   Robert C. Sheps, Esq.
      SHEPS LAW GROUP, P.C.
      35 Pinelawn Raod, Suite 106E
      Melville, New York 11746

      Patrick J. Corbett, Esq.
      RUBIN, FIORELLA & FRIEDMAN LLP
      Attorneys for John Civetta & Sons, Inc.
      292 Madison Avenue, 11th Floor
      New York, New York 10017
      212-953-2381
      File: 587-10174

      Mark S. Krieg, Esq.
      KRIEG ASSOCIATES, P.C.
      Attorneys for Cooper, Robertson & Partners, LLP
      5 Heather Court
      Dix Hills, New York 11746
      631-499-8406

      Thomas H. Kukowski, Esq. (TK-1749)
      Leonardo D'Allessandro (LD-0688)
      MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
      Attorneys for Ambrosino, DePinto & Schmieder
      Consulting Engineers, P.C.
      3 Barker Avenue, 6th Floor
      White Plains, New York 10601
      914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York  10001
646-328-0120

Lawrence Klein (LK-2875)
J. Gregory Lahr (JL-9969)
Gilbert Lee (GL-4010)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Langan Engineering and Environmental Services Inc.
125 Broad Street, 39th Floor
New York, New York  10004-2400
212-422-0202

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Answer to Tishman's Cross-Claims upon following counsel, by placing same in the United States Mail, on this 10th day of March, 2008 and by filing the same electronically with the Court's ECF System:

To:    Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
35 Pinelawn Raod, Suite 106E
Melville, New York 11746

Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
212-953-2381
File: 587-10174

Mark S. Krieg, Esq.
KRIEG ASSOCIATES, P.C.
Attorneys for Cooper, Roberson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Attorneys for Ambrosino, DePinto & Schmieder
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
646-328-0120

Lawrence Klein (LK-2875)
J. Gregory Lahr (JL-9969)
Gilbert Lee (GL-4010)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Langan Engineering and Environmental Services Inc.
125 Broad Street, 39th Floor
New York, New York 10004-2400
212-422-0202

2

     I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: Valhalla, New York
      March 10, 2008

                                                               _____
                                                                Stephanie B. Gitnik, Esq.