UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                         Plaintiffs,

    - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                         Defendants.
------------------------------------------------------------X

07CV11178

**ANSWER TO
CROSS-CLAIMS**

DEFENDANT, JOHN CIVETTA & SONS, INC., ("CIVETTA") by and through its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for its answer to the cross-claims of Co-Defendant Ambrosino, DePinto, Schmieder Consulting Engineers, P.C, dated March 7, 2008, alleges upon information and belief, as follows:

**ANSWERING THE FIRST CROSS-CLAIM**

1.    Denies each and every allegation contained in the paragraph of the cross-claim designated "46", as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

**ANSWERING THE SECOND CROSS-CLAIM**

2.    Denies each and every allegation contained in the paragraph of the cross-claim designated "47", as they refer to this Defendant, and denies knowledge and information sufficient

to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

WHEREFORE, JOHN CIVETTA & SONS, INC., demands judgment dismissing the complaint herein as against it and further demands that the ultimate rights of this defendant and the co-defendants TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., as between themselves, be determined, and that JOHN CIVETTA & SONS, INC., have judgment against these co-defendants for all, or that portion of any verdict or judgment which may be obtained herein by the plaintiff against this answering defendant to the extent that the responsibility of the co-defendants contributed to plaintiff's loss, together with the costs and disbursements of this action.

Dated: New York, New York
       March 10, 2008

Yours truly,

RUBIN FIORELLA & FRIEDMAN, LLP

By: Patrick J. Corbett Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys For John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381
Our File No.: 587-10174

To: Robert C. Sheps, Esq.
    Sheps Law Group, P.C.
    Attorneys for Plaintiff
    35 Pinelawn Road, Suite 106E
    Melville, New York 11747
    (631) 249-5600

William R. Bennett III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
Tishman Construction Corporation Of New York
494 Eighth Avenue, 7th Floor
New York, NY 10001

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for Defendant
Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, NY 11746
(631) 499-8409

Michael P. Mezzacappa, Esq.
Kaufman Borgeest & Ryan, LLP
Attorneys for Defendant
Munoz Engineering & Land Surveying, P.C.
200 Summit Lake Drive, First Floor
Valhalla, NY 10595
(914) 741-6100

Leonardo D'Allesandro, Esq.
Milber, Makris, Plousadis & Seiden, LLP
Attorneys for Defendant
Ambrosino, Depinto & Schmieder Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601

Lawrence Klein, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for Defendant
Langan Engineering and Environmental Services, Inc.
125 Broad Street, 39th Floor
New York, NY 10004
(212) 422-0202

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

**DENISE FELICIANO**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides in Merrick, New York.

That on the 10th day of March, 2008, deponent served the within **ANSWER TO CROSS-CLAIMS** via Regular Mail upon:

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, New York 11747
(631) 249-5600

William R. Bennett III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
Tishman Construction Corporation Of New York
494 Eighth Avenue, 7th Floor
New York, NY 10001

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for Defendant
Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, NY 11746
(631) 499-8409

Michael P. Mezzacappa, Esq.
Kaufman Borgeest & Ryan, LLP
Attorneys for Defendant
Munoz Engineering & Land Surveying, P.C.
200 Summit Lake Drive, First Floor
Valhalla, NY 10595

Leonardo D'Allesandro, Esq.
Milber, Makris, Plousadis & Seiden, LLP
Attorneys for Defendant
Ambrosino, Depinto & Schmieder Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601

Lawrence Klein, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for Defendant
Langan Engineering and Environmental Services, Inc.
125 Broad Street, 39th Floor
New York, NY 10004
(212) 422-0202

in this action at the address designated by said attorneys for that purpose by depositing same enclosed in a post-paid properly addressed wrapper, in an office depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
DENISE FELICIANO

Sworn to before me this
10th day of March 2008

_____
Notary Public

SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified in Richmond County
Commission Expires November 9, 20 09

Index No.: 07CV11178
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
a/s/o Ethical Culture Fieldston Schooland Ethical Culture Fieldston,

Plaintiff(s),

-against-

TISHMAN CONSTRUCTION CORPORATION OF NEW YORK,
JOHN CIVETTA &SONS, INC., AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND
SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and
LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC,

Defendant(s).

ANSWER TO CROSS-CLAIMS

**RUBIN, FIORELLA & FRIEDMAN LLP**

*Attorneys for Defendant -*
*JOHN CIVETTA &SONS, INC*
*Office and Post Office Address*
**292 Madison Avenue**
**New York NY 10017**
**212-953-2381**

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:                                                                   Signature _____

PLEASE TAKE NOTICE

☐ Notice of Entry

that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on

☐ Notice of Settlement

that an Order of which the within is a true copy will be presented for settlement to the Hon.    one of the judges of the within named Court,
at
on