UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston

                        Plaintiff,

   -against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                       Defendants.
-------------------------------------------------------------------X

Case No.: 07 CV 11178

**ANSWER TO CIVETTA'S CROSS-CLAIMS**

Judge Assigned:
Stein, J.

       Defendant MUNOZ ENGINEERING & LAND SURVEYING, P.C., by its attorneys KAUFMAN BORGEEST & RYAN LLP, as and for its Answer to co-defendant JOHN CIVETTA & SONS, INC.'s cross-claims contained within its Answer to Amended Complaint dated March 10, 2008, states upon information and belief as follows:

### AS AND FOR AN ANSWER TO CIVETTA'S FIRST CROSS-CLAIM

       FIRST.    In answering the First Cross-Claim, Defendant, MUNOZ ENGINEERING & LAND SURVEYING, P.C. denies the allegations contained in the First Cross-Claim of the pleading and respectfully refers all questions of law to the Court.

**WHEREFORE,** answering defendant hereby demands judgment dismissing Defendant CIVETTA's Cross-Claim herein together with the costs, attorney's fees and such other and further relief as this Court may deem appropriate.

Dated: Valhalla, New York
       March 12, 2008

                                    Respectfully submitted,

                                    KAUFMAN BORGEEST & RYAN LLP
                                    By: Stephanie B. Gitnik, Esq. (SG2588)
                                    Michael P. Mezzacappa (MM0757)
                                    Attorneys for Defendant
                                    **MUNOZ ENGINEERING & LAND SURVEYING, P.C.**
                                    200 Summit Lake Drive, First Floor
                                    Valhalla, New York 10595
                                    (914) 741-6100
                                    Our File No.: 726.006

TO:    Robert C. Sheps, Esq.
        SHEPS LAW GROUP, P.C.
        35 Pinelawn Raod, Suite 106E
        Melville, New York 11746

        Patrick J. Corbett, Esq.
        RUBIN, FIORELLA & FRIEDMAN LLP
        Attorneys for John Civetta & Sons, Inc.
        292 Madison Avenue, 11th Floor
        New York, New York 10017
        212-953-2381
        File: 587-10174

        Mark S. Krieg, Esq.
        KRIEG ASSOCIATES, P.C.
        Attorneys for Cooper, Robertson & Partners, LLP
        5 Heather Court
        Dix Hills, New York 11746
        631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
Attorneys for Ambrosino, DePinto & Schmieder
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York  10601
914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York  10001
646-328-0120

Lawrence Klein (LK-2875)
J. Gregory Lahr (JL-9969)
Gilbert Lee (GL-4010)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Langan Engineering and Environmental Services Inc.
125 Broad Street, 39th Floor
New York, New York  10004-2400
212-422-0202

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Answer to Civetta's Cross-Claims upon following counsel, by placing same in the United States Mail, on this 12th day of March, 2008 and by filing the same electronically with the Court's ECF System:

To:  Robert C. Sheps, Esq.
SHEPS LAW GROUP, P.C.
35 Pinelawn Raod, Suite 106E
Melville, New York  11746

Patrick J. Corbett, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York  10017
212-953-2381
File: 587-10174

Mark S. Krieg, Esq.
KRIEG ASSOCIATES, P.C.
Attorneys for Cooper, Roberson & Partners, LLP
5 Heather Court
Dix Hills, New York  11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Attorneys for Ambrosino, DePinto & Schmieder
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York  10601
914-681-8700

William Bennett, III, Esq.
BENNETT, GIULIANO, McDONNELL & PERRONE, LLP
Attorneys for Tishman Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York  10001
646-328-0120

Lawrence Klein (LK-2875)
J. Gregory Lahr (JL-9969)
Gilbert Lee (GL-4010)
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Attorneys for Langan Engineering and Environmental Services Inc.
125 Broad Street, 39th Floor
New York, New York  10004-2400
212-422-0202

2

      I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Dated: Valhalla, New York
       March 12, 2008

                                              Stephanie B. Gitnik, Esq. (SG2588)