Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY                 07 CV 11178
COMPANY OF AMERICA a/s/o Ethical
Culture Fieldston School and Ethical Culture
Fieldston,

               Plaintiff,

    - against -

TISHMAN CONSTRUCTION CORPORATION            **TISHMAN'S ANSWER TO**
OF NEW YORK, JOHN CIVETTA & SONS, INC.,     **MUNOZ'S CROSS-CLAIM(S)**
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

               Defendants.
-------------------------------------------------------------X

      Defendant TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, by its attorneys, Bennett, Giuliano, McDonnell & Perrone, LLP, as and for its Answer to defendant Munoz Engineering & Land Surveying, P.C.'s cross-claim(s), states at follows:

      1.    Denies each and every allegation contained in defendant Munoz Engineering & Land Surveying, P.C.'s cross-claim(s), and incorporates herein all affirmative defenses contained in its Answer to the Amended Complaint.

WHEREFORE, defendant TISHMAN CONSTRUCTION CORPORATION OF NEW YORK demands judgment against the defendant Munoz Engineering & Land Surveying, P.C., dismissing its cross-claim(s) against Tishman Construction Corporation of New York.

Dated: New York, New York
       March 18, 2008

                                  Bennett, Giuliano, McDonnell & Perrone, LLP
                                  Attorneys for Defendant
                                  Tishman Construction Corporation of New York

                                  _____
                                  William R. Bennett, III
                                  494 Eighth Avenue, 7th Floor
                                  New York, New York 10001
                                  Telephone:    (646) 328-0120

**TO:**    Attached Service List.

## CERTIFICATE OF SERVICE

    I, WILLIAM R. BENNETT, III, an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certify that on March 18, 2008, I personally caused a copy of the foregoing to be served on the above listed counsel of record, by depositing a true copy of same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                WILLIAM R. BENNETT, III

Z:\Documents\All Files\D767 Fieldston School\Pleadings\TishAnsMunozCC-031808.doc

## SERVICE LIST

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiffs
35 Pinelawn Road, Suite 106E
Melville, New York 11746

Kaufman Borgeest & Ryan LLP
Stephanie B. Gitnik, Esq. (SG 3977)
Michael P. Mezzacappa, Esq. (MM 0757)
Attorneys for Defendant
Munoz Engineering & Land Surveying, P.C.
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
Telephone:    (914) 741-6100
File No.:    726.006

Patrick J. Corbett, Esq.
Rubin, Fiorella & Friedman LLP
Attorneys for John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
Telephone:    (212) 953-2381
File No.:    587-10174

Mark S. Krieg, Esq.
Krieg Associated, P.C.
Attorneys for Cooper, Roberson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
Telephone:    (631) 499-8406

Thomas H. Kukowski, Esq. (TK 1749)
Leonardo D'Allessandro, Esq. (LD 0688)
Milber Makris Plousadis & Seiden, LLP
Attorneys for Ambrosino, DePinto & Schmieder
  Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601
Telephone:    (914) 681-8700

Lawrence Klein, Esq. (LK-2875)
Sedgwick, Detert Moran & Arnold, LLP
Langan Engineering and Environmental Services, Inc.
21 Penn Plaza
360 West 31st Street, 8th Floor
New York, New York 1001-2727