UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY COMPANY OF
AMERICA a/s/o Ethical Culture Fieldston School and Ethical
Culture Fieldston,

                                          Plaintiff,

           -against-

TISHMAN CONSTRUCTION CORPORATION OF NEW
YORK, JOHN CIVETTA & SONS, INC., AMBROSINO,
DEPINTO, SCHMIEDER CONSULTING ENGINEERS,
P.C., MUNOZ ENGINEERING & LAND SURVEYING,
P.C., COOPER, ROBERTSON & PARTNERS, LLP, and
LANGAN ENGINEERING & ENVIRONMENTAL
SERVICES, INC.

                                    Defendants.

------------------------------------------------------------------------X

CIVIL ACTION NO.
CV 07-11178 (SHS)

### DEFENDANT LANGAN ENGINEERING & ENVIRONMENTAL SERVICES INC., P.C.'S ANSWER TO CROSS-CLAIMS OF DEFENDANT AMBROSINO, DEPINTO & SCHMIEDER CONSULTING ENGINEERS, P.C. WITH CROSS-CLAIM

Defendant, Langan Engineering and Environmental Services Inc., P.C. ("Langan"), improperly sued herein as Langan Engineering and Environmental Services, Inc., by its attorneys, Sedgwick, Detert, Moran & Arnold LLP, as and for its Answer to the Cross-Claims of Defendant, Ambrosino, DePinto & Schmieder Consulting Engineers, P.C. ("ADS") , alleges upon information and belief as follows:

### ANSWERING THE FIRST CROSS-CLAIM AGAINST ALL CO-DEFENDANTS

FIRST:        Langan denies the allegations contained in the First Cross-Claim to the extent they are directed against it, otherwise, Langan lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in the Cross-Claim.

## ANSWERING THE SECOND CROSS-CLAIM AGAINST ALL CO-DEFENDANTS

SECOND:    Langan denies the allegations contained in the Second Cross-Claim to the extent they are directed against it, otherwise, Langan lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in the Cross-Claim.

### FIRST AFFIRMATIVE DEFENSE

THIRD:    Langan hereby incorporates and adopts by reference each and every applicable Affirmative Defense asserted in its Answer to the Complaint of Plaintiff, Travelers Property Casualty Company of America.

### SECOND AFFIRMATIVE DEFENSE

FOURTH:    The Cross-Claims fail to state a cause of action upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

FIFTH:    Langan pleads the failure to join necessary parties, and the intervening negligence and intervening causation of persons not a party to this action as a partial or complete bar to all causes of action asserted in the Cross-Claims.

### FOURTH AFFIRMATIVE DEFENSE

SIXTH:    Langan will rely upon any and all other further defenses that become available or appear during discovery proceedings in this action and Langan hereby specifically reserve the right to amend its Answer to the Cross-Claims for the purposes of asserting any such additional affirmative defense.

### AS AND FOR A CROSS-CLAIM FOR CONTRIBUTION AND/OR INDEMNIFICATION AGAINST DEFENDANT AMBROSINO, DEPINTO & SCHMIEDER CONSULTING ENGINEERS, P.C.

SEVENTH:    If Plaintiff sustained damages in the manner alleged in the Complaint, all of which is denied by Langan, such damages were caused in whole or in part by reason of the negligence and/or culpable conduct by Munoz and/or other parties, and not as a result of any negligence or culpable conduct on the part of Langan.

EIGHTH:    By reason of the foregoing, Langan is entitled to indemnification and/or contribution from, and to have judgment over and against, Munoz, for all or part of any verdict or judgment that Plaintiff may recover against Langan, including any and all attorneys' fees, costs and disbursements incurred by Langan.

WHEREFORE, the Defendant, Langan Engineering and Environmental Services Inc., P.C., improperly sued herein as Langan Engineering and Environmental Services, Inc., hereby demands judgment dismissing the cross-claims of Defendant, Ambrosino, DePinto & Schmieder Consulting Engineers, P.C., or in the event Plaintiff recovers a judgment against Langan, then Langan demands judgment over against ADS, together with attorneys' fees, costs and disbursements of this action and such other and further relief as the Court deems just and proper.

Dated: New York, New York
     March 20, 2008

          Yours, etc.,

          SEDGWICK, DETERT, MORAN & ARNOLD LLP

          By: _____

             Lawrence Klein, Esq. (LK-2875)
             J. Gregory Lahr, Esq. (GL-9969)
             Gilbert L. Lee (GL-4014)
             125 Broad Street, 39th Floor

New York, New York 10004
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
Attorneys for Defendant
Langan Engineering & Environmental Services
Inc., P.C.


To:

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff Travelers Property Casualty
Company of America a/s/o
Ethical Culture Fieldston School and
Ethical Culture Fieldston
35 Pinelawn Road, Suite 106E
Melville, New York 11747
(631) 249-5600

William R. Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant Tishman
Construction Corporation of New York
494 Eighth Avenue, 7th Floor
New York, New York 10001
(646) 328-0120

Patrick J. Corbett, Esq.
Rubin, Fiorella & Friedman LLP
Attorneys for Defendant John Civetta & Sons, Inc.
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

Leonardo D'Alessandro, Esq.
Milber, Makris, Plousadis & Seiden, LLP
Attorneys for Ambrosino, Depinto, Schmeider
Consulting Engineers, P.C.
3 Barker Avenue, 6th Floor
White Plains, New York 10601

Michael P. Mezzacappa, Esq.
Kaufman Borgeest & Ryan LLP
Attorneys for Munoz Engineering & Land Surveying, P.C.
200 Summit Lake Drive, First Floor
Valhalla, New York 10595
(914) 741-6100

Marc S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for Defendant Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
(631) 499-8409

## CERTIFICATE OF SERVICE

I, Gilbert L. Lee, hereby certify and affirm that a true and correct copy of the attached **ANSWER TO CROSS-CLAIMS OF DEFENDANT AMBROSINO, DEPINTO & SCHMIEDER CONSULTINGENGINEERS, P.C. WITH CROSS-CLAIM** was served **ECF and Regular Mail** on March 20, 2008, upon the following:

To:    Robert C. Sheps, Esq.
       Sheps Law Group, P.C.
       Attorneys for Plaintiff Travelers Property Casualty
       Company of America a/s/o
       Ethical Culture Fieldston School and
       Ethical Culture Fieldston
       35 Pinelawn Road, Suite 106E
       Melville, New York 11747
       (631) 249-5600

       William R. Bennett, III, Esq.
       Bennett, Giuliano, McDonnell & Perrone, LLP
       Attorneys for Defendant Tishman
       Construction Corporation of New York
       494 Eighth Avenue, 7th Floor
       New York, New York 10001
       (646) 328-0120

       Patrick J. Corbett, Esq.
       Rubin, Fiorella & Friedman LLP
       Attorneys for Defendant John Civetta & Sons, Inc.
       292 Madison Avenue, 11th Floor
       New York, New York 10017
       (212) 953-2381

       Leonardo D'Alessandro, Esq.
       Milber, Makris, Plousadis & Seiden, LLP
       Attorneys for Ambrosino, Depinto, Schmeider
       Consulting Engineers, P.C.
       3 Barker Avenue, 6th Floor
       White Plains, New York 10601

       Michael P. Mezzacappa, Esq.
       Kaufman Borgeest & Ryan LLP
       Attorneys for Munoz Engineering & Land Surveying, P.C.
       200 Summit Lake Drive, First Floor
       Valhalla, New York 10595
       (914) 741-6100

Marc S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for Defendant Cooper, Robertson & Partners, LLP
5 Heather Court
Dix Hills, New York 11746
(631) 499-8409

Dated: New York
       March 20, 2008

GILBERT L. LEE (GL-4014)