UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

                                 Plaintiffs,

   - against -

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                                 Defendants.
-------------------------------------------------------------------x

07CV11178

**ANSWER TO
CROSS-CLAIMS**

DEFENDANT, JOHN CIVETTA & SONS, INC., ("CIVETTA") by and through its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for its answer to the cross-claims of Co-Defendant LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES INC., P.C., improperly sued herein as Langan Engineering and Environmental Services, Inc., dated March 20, 2008, upon information and belief, as follows:

    1.    Denies each and every allegation contained in the paragraph of the cross-claim designated "SIXTH," as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

    2.    Denies each and every allegation contained in the paragraph of the cross-claim

designated "SEVENTH," as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

WHEREFORE, JOHN CIVETTA & SONS, INC., demands judgment dismissing the complaint herein as against it and further demand that the ultimate rights of this defendant and the co-defendants TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., as between themselves, be determined, and that JOHN CIVETTA & SONS, INC., have judgment against these co-defendants for all, or that portion of any verdict or judgment which may be obtained herein by the plaintiff against this answering defendant to the extent that the responsibility of the co-defendants contributed to plaintiff's loss, together with the costs and disbursements of this action.

Dated: New York, New York
   April 4, 2008

               Yours truly,

               RUBIN FIORELLA & FRIEDMAN, LLP,

               *Patrick Corbett*
               _____
               By: Patrick J. Corbett Esq.
               RUBIN, FIORELLA & FRIEDMAN LLP
               Attorneys For John Civetta & Sons, Inc.
               292 Madison Avenue, 11th Floor
               New York, NY 10017
               (212) 953-2381
               Our File No.: 587-10174

To:

Kaufman Borgeest & Ryan LLP
Stephanie B. Gitnik, Esq. (SG 3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
MUNOZ ENGINEERING & LAND
SURVEYING, P.C.
200 Summit Lake Drive, First Floor
Valhalla, NY 10595
914-741-6100
File No.: 726.006

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, NY 11746
631-249-5600

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for COOPER,
ROBERSON & PARTNERS, LLP
5 Heather Court
Dix Hills, NY 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Milber Makris Plousadis & Seiden, LLP
Attorneys for AMBROSINO, DEPINTO &
SCHMIEDER CONSULTING ENGINEERS, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
914-681-8700

William Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK
494 Eighth Avenue, 7th Floor
New York, NY 10001
646-328-0120

Lawrence Klein, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for LANGAN ENGINEERING &
ENVIRONMENTAL SERVICES, INC., P.C.
125 Broad Street, 39th Floor
New York, New York 10004-2400
212-422-0202