UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/s/o Ethical Culture Fieldston School
and Ethical Culture Fieldston,

07CV11178

                              Plaintiffs,

        - against -                                **ANSWER TO**
                                                   **CROSS-CLAIMS**

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.

                              Defendants.
-----------------------------------------------------------------------x

        DEFENDANT, JOHN CIVETTA & SONS, INC., ("CIVETTA") by and through its attorneys

RUBIN, FIORELLA & FRIEDMAN LLP, as and for its answer to the cross-claims of Co-Defendant

Ambrosino, DePinto & Schmieder Consulting Engineers, P.C., sued herein as Ambrosino, DePinto,

Schmieder Consulting Engineers, P.C., dated March 6, 2008, upon information and belief, as

follows:

## ANSWERING THE FIRST CROSS-CLAIM

        1.      Denies each and every allegation contained in the paragraph of the cross-claim

designated "46," as they refer to this Defendant, and denies knowledge and information sufficient

to form a belief on to the truthfulness of the allegations therein, as they refer to any other

Defendant.

## ANSWERING THE SECOND CROSS-CLAIM

2.    Denies each and every allegation contained in the paragraph of the cross-claim designated "47," as they refer to this Defendant, and denies knowledge and information sufficient to form a belief on to the truthfulness of the allegations therein, as they refer to any other Defendant.

**WHEREFORE,** JOHN CIVETTA & SONS, INC., demands judgment dismissing the complaint herein as against it and further demand that the ultimate rights of this defendant and the co-defendants TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, AMBROSINO, DEPINTO, SCHMIEDER CONSULTING ENGINEERS, P.C., MUNOZ ENGINEERING & LAND SURVEYING, P.C., COOPER, ROBERTSON & PARTNERS, LLP, and LANGAN ENGINEERING AND ENVIRONMENTAL SERVICES, INC., as between themselves, be determined, and that JOHN CIVETTA & SONS, INC., have judgment against these co-defendants for all, or that portion of any verdict or judgment which may be obtained herein by the plaintiff against this answering defendant to the extent that the responsibility of the co-defendants contributed to plaintiff's loss, together with the costs and disbursements of this action.

Dated: New York, New York
        April 4, 2008

                                        Yours truly,

                                        RUBIN FIORELLA & FRIEDMAN, LLP,

                                        *Patrick Corbett*

                                        By: Patrick J. Corbett Esq.
                                        RUBIN, FIORELLA & FRIEDMAN LLP
                                        Attorneys For John Civetta & Sons, Inc.
                                        292 Madison Avenue, 11th Floor
                                        New York, NY 10017
                                        (212) 953-2381
                                        Our File No.: 587-10174

To:

Kaufman Borgeest & Ryan LLP
Stephanie B. Gitnik, Esq. (SG 3977)
Michael P. Mezzacappa (MM 0757)
Attorneys for Defendant
MUNOZ ENGINEERING & LAND
SURVEYING, P.C.
200 Summit Lake Drive, First Floor
Valhalla, NY 10595
914-741-6100
File No.: 726.006

Robert C. Sheps, Esq.
Sheps Law Group, P.C.
Attorneys for Plaintiff
35 Pinelawn Road, Suite 106E
Melville, NY 11746
631-249-5600

3

Mark S. Krieg, Esq.
Krieg Associates, P.C.
Attorneys for COOPER,
ROBERSON & PARTNERS, LLP
5 Heather Court
Dix Hills, NY 11746
631-499-8406

Thomas H. Kukowski, Esq. (TK-1749)
Leonardo D'Allessandro (LD-0688)
Milber Makris Plousadis & Seiden, LLP
Attorneys for AMBROSINO, DEPINTO &
SCHMIEDER CONSULTING ENGINEERS, P.C.
3 Barker Avenue, 6th Floor
White Plains, NY 10601
914-681-8700

William Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK
494 Eighth Avenue, 7th Floor
New York, NY 10001
646-328-0120

Lawrence Klein, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Attorneys for LANGAN ENGINEERING &
ENVIRONMENTAL SERVICES, INC., P.C.
125 Broad Street, 39th Floor
New York, New York 10004-2400
212-422-0202