Apr 21 08 04:56p                                                                    p.2



SHEPS LAW GROUP
Attorneys at Law

35 Pinelawn Road • Suite 106 East • Melville, NY 11747 • Tel (631) 249-5600 • Fax (631) 249-5613

RECEIVED
APR 21 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

**MEMO ENDORSED**

April 21, 2008

Hon. Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 23A
New York, NY 10007

    RE:    Request for Adjournment of Court-Ordered Mediation in the case of
*Travelers Property Casualty Company of America v. Tishman Construction Corporation of New York et al.*
**Case No.: 07-cv-11178-SHS**
Sheps File No.:    6771

Dear Hon. Judge Stein:

    As you are aware, the undersigned represents Plaintiff Travelers Property Casualty Company of America a/s/o of Ethical Culture Fieldston School in the above-referenced case. This matter has been scheduled for a court-ordered mediation on Tuesday, April 29, 2008. Upon speaking with counsel for defendants, it is jointly and respectfully requested by the majority of defense counsel that this mediation be adjourned.[1]

    Although mediation and settlement discussions are most often welcomed by Plaintiff, counsel for the respective parties in this case believe that mediation, at this stage in discovery, would not prove meaningful. To date, all parties have only exchanged initial disclosures and it would be very difficult to have discussions regarding the potential liability amongst all parties in this case at this early stage in discovery. Additionally, the undersigned is set to begin trial in another case next week in Westchester County Supreme Court and I will most probably not physically be able to attend the mediation.

    Counsel understands the complexity of this case and the efforts which were taken to schedule the above-referenced mediation. However, it is believed that the best interests of all parties will be met by adjourning this mediation until all parties have had an opportunity to exchange further discovery, perhaps for sixty (60) days.

*[Handwritten endorsement:] April 29 mediation adjourned sine die. The parties are to agree on another date ASAP. The mediator is to work closely. June 29. SO ORDERED 4/22/08 Sidney H. Stein U.S.D.J.*

---

[1] One party who believes it should be dismissed from the case objects to any adjournment.

Buffalo • New York City • Newark

Hon. Judge Sidney H. Stein
Travelers Property Casualty Co. of America v. Tishman et al.
April 21, 2008
Page 2 of 2

    No prior requests for adjournments of this mediation have been made. We appreciate any and all consideration given to this request. If there are any questions or concerns regarding the foregoing, please do not hesitate to contact the undersigned at your convenience.

                Very Yours Truly,

                SHEPS LAW GROUP, P.C.

                ROBERT C. SHEPS

RCS/aa

Cc: (Via Facsimile)

*Bennett, Giuliano, McDonnell & Perrone, LLP – (646) 328-0121*
*Sedgwick, Detert, Moran & Arnold, LLP – (212) 422-0925*
*Milber, Makris, Plousadis & Seiden, LLP – (914) 681-8709*
*Krieg Associates, P.C. – (631) 493-0763*
*Kaufman, Borgeest & Ryan, LLP – (914) 741-0025*
*Rubin, Fiorella & Friedman, LLP – (212) 953-2462*