```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRAVELERS PROPERTY CASUALTY CO.   :   07 Civ. 11178 (SHS)
OF AMERICA,
                                  :
           Plaintiff,
                                  :
   -against-                      :   ORDER

TISHMAN CONSTRUCTION CORPORATION  :
OF NEW YORK, *ET AL.*,
                                  :
           Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    The last day for the parties to exchange project files is May 9, 2008;

      2.    The last day for plaintiff to turn over its insured's files is May 9, 2008;

      3.    There will be a pretrial conference on July 10, 2008, at 10:00 a.m.; and

      4.    The last day for completion of fact discovery is July 11, 2008.

Dated: New York, New York
       April 25, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.