```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRAVELERS PROPERTY CASUALTY      :   07 Civ. 11178 (SHS)
COMPANY OF AMERICA,
                                 :
            Plaintiff,
                                 :
      -against-                      ORDER
                                 :
TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, *ET AL.*,           :

            Defendants.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

   A pretrial conference having been held today, with counsel for all parties present,

   IT IS HEREBY ORDERED that:

   1.   Demands for documents shall be made by July 11, 2008, on 15 days notice;

   2.   The deposition of defendant Cooper, Robertson & Partners, LLP shall take place on or before July 17, 2008;

   3.   The deposition of the insurance adjuster, Richard Greubel, shall take place on or before July 18, 2008;

   4.   The deposition of defendants Tishman Construction Corporation of New York and John Civetta & Sons, Inc. shall take place on or before July 25, 2008;

   5.   The deposition of Gene Kiblan shall take place on or before July 29, 2008;

6.  The deposition of defendants Munoz Engineering & Land Surveying, P.C., and Langan Engineering and Environmental Services, Inc. shall take place on or before July 31, 2008;

7.  The inspection of evidence shall take place on a date to be determined by the parties during the week of August 11, 2008;

8.  The plaintiff shall notify the mediator in writing, to request one or more mediation sessions during the week of August 15, 2008; and

9.  There will be a pretrial conference on September 25, 2008, at 4:00 p.m.

Dated: New York, New York
       July 10, 2008

SO ORDERED:

Sidney H. Stein, U.S.D.J.