USDC SDNY
DOCUMENT $7615.
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/s/o Ethical Culture
Fieldston School and Ethical Culture Fieldston,

                    Plaintiff,

         -against-

TISHMAN CONSTRUCTION CORPORATION
OF NEW YORK, JOHN CIVETTA & SONS, INC.,
AMBROSINO, DEPINTO, SCHMIEDER
CONSULTING ENGINEERS, P.C., MUNOZ
ENGINEERING & LAND SURVEYING, P.C.,
COOPER, ROBERTSON & PARTNERS, LLP,
and LANGAN ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

                    Defendants.
---------------------------------------------------------------X

Case No. 07 CV 11178 (SHS)

ECF Case

**STIPULATION OF
DISCONTINUANCE
AGAINST DEFENDANT
AMBROSINO, DEPINTO &
SCHMIEDER CONSULTING
ENGINEERS, P.C.**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all parties in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a guardian has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action and all cross-claims are discontinued, without prejudice, as against defendant, Ambrosino, DePinto & Schmieder Consulting Engineers, P.C. only, without costs to any party as against the other. The action is hereby severed and shall continue as between the other parties to this action. This stipulation may be signed in counterparts and a facsimile or electronic signature is deemed an original for all purposes, including filing.

Dated: July 17, 2008

| | |
|---|---|
| **SHEPS LAW GROUP, P.C.**<br><br>By: _____<br>Attorneys for Plaintiff<br>36 Pine Lawn Road, Suite 106E<br>Melville, New York 11747<br>(631) 249-5600 | **MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**<br><br>By: _____<br>Leonardo D'Alessandro (LD 0648)<br>Attorneys for Defendant<br>  Ambrosino, DePinto, Schmieder<br>  Consulting Engineers, P.C.<br>3 Barker Avenue, 6th Floor<br>White Plains, New York 10601<br>(914) 681-8700 |
| **KRIEG ASSOCIATES, P.C.**<br><br>By: _____<br>Attorneys for Defendant<br>  Cooper, Robertson & Partners, LLP<br>5 Heather Court<br>Dix Hills, New York 11746<br>(631) 499-8409 | **RUBIN, FIORELLA & FRIEDMAN, LLP**<br><br>By: _____<br>Attorneys for Defendant<br>  John Civetta & Sons, Inc.<br>292 Madison Avenue, 11th Floor<br>New York, New York 10017<br>(212) 953-2381 |
| **KAUFMAN BORGEEST & RYAN LLP**<br><br>By: _____<br>Attorneys for Defendant<br>  Munoz Engineering & Land Surveying, P.C.<br>200 Summit Lake Drive, First Floor<br>Valhalla, New York 10595<br>(914) 741-6100 | **BENNETT, GIULIANO, McDONNELL & PERRONE, LLP**<br><br>By: _____<br>Attorneys for Defendant<br>  Tishman Construction Corporation of<br>  New York<br>494 Eighth Avenue, 7th Floor<br>New York, New York 10001<br>(646) 328-0120 |

SO ORDERED: 7/18/08

_____
U.S.D.J.

SEDGWICK, DETERT, MORAN &
ARNOLD, LLP

By: _____

Attorneys for Defendant
  Langan Engineering & Environmental
  Services, Inc.
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202